NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**WINDY CITY INNOVATIONS, LLC,**
*Plaintiff-Appellant*

**v.**

**FACEBOOK, INC.,**
*Defendant-Appellee*

_____

2020-1153

_____

Appeal from the United States District Court for the Northern District of California in No. 4:16-cv-01730-YGR, Judge Yvonne Gonzalez Rogers.

_____

## JUDGMENT

_____

WARREN JOSEPH MCCARTY, III, Caldwell Cassady & Curry, Dallas, TX, argued for plaintiff-appellant. Also represented by JASON DODD CASSADY.

HEIDI LYN KEEFE, Cooley LLP, Palo Alto, CA, argued for defendant-appellee. Also represented by MARK R. WEINSTEIN; STEPHEN CRAWFORD CRENSHAW, PHILLIP EDWARD MORTON, EMILY E. TERRELL, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and MOORE, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

February 8, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court